UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT COX,

               Plaintiff,

       -against-

LALIT K. LOOMBA, ESQ., and THE QUINN
LAW FIRM, PLLC,

             Defendant.

**ORDER**

25-CV-04531 (PMH)

PHILIP M. HALPERN, United States District Judge:

Defendants moved to dismiss Plaintiff's complaint on September 26, 2025. (Doc. 12—Doc. 15). Plaintiff's opposition was due by October 24, 2025. (*See* Doc. 11). The Court granted an extension for Plaintiff to file his opposition to December 3, 2025. (Doc. 17). No opposition was ever filed to the docket. Defendants' reply, however, references Plaintiff's opposition to the motion and discusses it at length. (Doc. 19).

Accordingly, Defendants are directed to file a courtesy copy of Plaintiff's opposition via ECF by January 16, 2026.

Dated: White Plains, New York
       January 9, 2026

                        SO ORDERED:

                        _____
                        Philip M. Halpern
                        United States District Judge